FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0474

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0474

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ANDREW LEWIS,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 11, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 5 2020